# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| vs. | * | Case No. 1:10-cr-00339-RCL |
| **ALEXANDER BELTRAN HERRERA,** | * | |
| **Defendant** | **** | |

## CONSENT MOTION TO CONTINUE SENTENCING

Alexander Beltran Herrera, by his undersigned counsel, hereby respectfully moves this Honorable Court to continue the sentencing scheduled in this case for July 25, 2014. The Government consents to this request. The parties request that the Court reschedule the hearing to a date in late October or later. In support of this Motion, Mr. Beltran states the following.

1. Before he was charged and arrested in this case, Mr. Beltran had left the FARC pursuant to a Colombian Justice and Peace program that assists FARC members to demobilize and become reintegrated into civilian society. As part of that program, Mr. Beltran provided information and active assistance to Columbian authorities. Counsel for Mr. Beltran have not yet completed the process of obtaining from Colombian authorities information regarding the full extent of Mr. Beltran's post-offense assistance.

2. Mr. Beltran's post-offense conduct and assistance to Colombian authorities are relevant to the factors the Court must consider at sentencing pursuant to 18 U.S.C. § 3553(a).

3. Counsel have also not yet completed the process of obtaining additional information relevant to other § 3553(a) factors.

4. In addition, in light of the seriousness of the charges and Mr. Beltran's sentencing exposure, it is prudent to have the preliminary and final PSR and all relevant sentencing documents translated so that Mr. Beltran, who does not speak English, can review the documents. Such translations will require additional time. While undersigned counsel have done sight translations of some documents in the case during the course of their representation, sight translations are not adequate with respect to these essential sentencing documents.

5. Mr. Beltran is detained pretrial so that this short extension will not prejudice him nor will it prejudice the Government.

6. The proposed dates will accommodate the schedules of all counsel.

7. The request for an extension is made in good faith.

8. The Government consents to this request.

WHEREFORE, for all these reasons, Mr. Beltran Herrera respectfully request that this Court continue his sentencing to a date in late October or later.

                Respectfully submitted,

                */s/ Carmen D. Hernandez*
                **Carmen D. Hernandez**
                Bar No. MD 03366
                7166 Mink Hollow Rd
                Highland, MD 20777
                240-472-3391; 301-854-0076 (fax)
                chernan7@aol.com

*/s/ Elita C. Amato*

**Elita C. Amato, Esq.**
1211 Conn. Ave., N.W., Suite 400
1600 Wilson Blvd., Suite 205
Arlington, VA 22209
(703) 522-5900; (703) 875-8957(fax)

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the instant MOTION was served via ECF this 17th day of July, 2014 on all counsel of record.

*/s/ Carmen D. Hernandez*
**Carmen D. Hernandez**